IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TIM PAIRSH,

    Plaintiff,

v.                                                                    CASE 1:10-cv-01168-JAP/ACT

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the above numbered and captioned was settled in its entirety on April 6, 2011.  Documents to dismiss this case with prejudice as to all parties will be filed with the Court within thirty (30) days, with each party to bear its own fees and costs.

                                              KELEHER & McLEOD, P.A.

                                              By  */s/S. Charles Archuleta*
                                              S. Charles Archuleta
                                              Justin B. Breen
                                              Attorneys for Defendant
                                              P.O. Drawer AA
                                              Albuquerque, NM 87103
                                              Telephone: (505) 346-4646
                                              Facsimile:  (505) 346-1370

**I HEREBY CERTIFY** that on the 6th day of April 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Larry Leshin
Weisberg & Meyers, LLC

1216 Indiana Street NE
Albuquerque, NM  87110
llleshin@msn.com


*/s/ S. Charles Archuleta*
S. Charles Archuleta


*117448*