IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TIM PAIRSH,

    Plaintiff,

v.                                CASE 1:10-cv-01168-WDS/ACT

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.

## ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Joint Motion to Dismiss All Claims with Prejudice, and the Court being fully advised FINDS the Joint Motion is well taken and should be GRANTED.

It is THEREFORE ORDERED, ADJUDGED AND DECREED that the Joint Motion is hereby GRANTED and:

1. All claims Plaintiff has brought, or could have brought, in this matter against Defendant are hereby dismissed with prejudice; and

2. The Parties shall pay their own costs and fees.

*[signature: James A. Parker]*

District Judge James A. Parker

*119531*